THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| GILDA CORK,<br><br>                 Plaintiff,<br><br>                 v.<br><br>HOLLAND AMERICA LINE N.V., a Curacao corporation; HAL ANTILLEN N.V., a Curacao corporation; HAL NEDERLAND N.V., a Curacao corporation; HOLLAND AMERICA LINE USA INC., a Delaware Corporation;<br><br>                 Defendants. | No. 2:20-cv-01505-BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## **STIPULATION**

**COME NOW** Plaintiff GILDA CORK and Defendants Holland America Line N.V., HAL Antillen N.V., HAL Nederland N.V., and Holland America Line USA Inc., through their respective counsel, and stipulate to the entry of an Order of Dismissal of Plaintiff's Claims Against Defendants, in their entirety, with prejudice and without costs, for the reason that the named parties have reached final settlement in this matter.

{29586-00721786;1}
STIPULATION AND ORDER OF DISMISSAL
Case No. 2:20-cv-01505-BJR - Page 1

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

DATED this 20th day of August, 2021.

    */s/Louis Shields*
LOUIS A. SHIELDS, WSBA # 25740
LEGROS BUCHANAN & PAUL
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:    206-623-4990
Facsimile:    206-467-4828
Email:    lshields@legros.com
Attorney for Defendants

*/s/Charles P. Moure (via email authorization)*
CHARLES P. MOURE, WSBA # 23701
MOURE LAW PLLC
1521 Second Avenue, Suite 1400
Seattle, WA 98101
Telephone:    206-300-2351
Facsimile:    206-374-2293
Email:    charles@mourelaw.com
Attorneys for Plaintiff

{29586-00721786;1}
STIPULATION AND ORDER OF DISMISSAL
Case No. 2:20-cv-01505-BJR - Page 2

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

## ORDER

Based upon the foregoing Stipulation, Plaintiff's claims against Defendants are hereby dismissed with prejudice, and without costs.

Dated this 23rd day of August, 2021.

*[signature: Barbara J. Rothstein]*

THE HONORABLE BARBARA ROTHSTEIN
United States District Court Judge

Presented By:

LEGROS BUCHANAN & PAUL

By *Louis A. Shields*
LOUIS A. SHIELDS, WSBA #25740
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, WA 98106
Phone: 206.623.4990
Fax:    206.467.4828
Email: lshields@legros.com
Attorneys for Defendants

{29586-00721786;1}
STIPULATION AND ORDER OF DISMISSAL
Case No. 2:20-cv-01505-BJR - Page 3

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990